UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Bjorn Nielsen
*As he is the personal representative of the*
*Estate of Ellen Vestergaard*

    Plaintiff

    v.                                                              Civil Action No. 23-10073-AK

Cetera Financial Group
*formerly known as*
Investors Capital Corp.

    Defendant

## ORDER OF DISMISSAL

A. KELLEY, D.J.

    In accordance with the Court's Memorandum and Order [Dkt. 21] issued on June 28, 2023, it is ORDERED that the above-entitled action be, and hereby is, DISMISSED.

                                                       By the Court,

Dated: June 28, 2023                                    /s/ Arnold Pacho
                                                              Deputy Clerk